756-15

# ELECTRONIC RECORD

COA # 04-12-00430-CR    OFFENSE: AGGRAVATED SEXUAL ASSAULT

STYLE: CHARLES ARRINGTON v THE STATE OF TEXAS    COUNTY: BEXAR

COA DISPOSITION: AFFIRMED    TRIAL COURT: 187TH

DATE:08/04/2015    Publish: NO    TC CASE #: 2011CR1663

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE:  «Style1» v. «Style2»    CCA #: _____

___APPELLANT'S___ Petition    CCA Disposition: **756-15**
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____
__Refused__    JUDGE: _____
DATE: _Nov. 4, 2015_    SIGNED: _____ PC: _____
JUDGE: _PC_    PUBLISH: _____ DNP: _____

--------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____